283 U.S. 804
 51 S.Ct. 559
 75 L.Ed. 1424
 Spates BRADY, appellant,
v.
The UNITED STATES of America et al.
 No. 632A.
 Supreme Court of the United States
 May 18, 1931
 
 Mr. George T. Bell, of Washington, D. C., for appellant.
 The Attorney General, for the United States.
 PER CURIAM.
 
 
 1
 The decree of dismissal by the specially constituted District trict Court is affirmed. Standard Oil Company (Indiana) v. The United States of America et al. (decided April 13, 1931), 283 U. S. 163, 51 S. Ct. 421, 75 L. Ed. 926; United States v. Louisville & Nashville R. R. Co., 235 U. S. 314, 320, 35 S. Ct. 113, 59 L. Ed. 245; Interstate Commerce Commission v. Delaware, Lackawanna & Western R. R. Co., 220 U. S. 235, 251, 31 S. Ct. 392, 55 L. Ed. 448; Interstate Commerce Commission v. Illinois Central R. R. Co., 215 U. S. 452, 470, 30 S. Ct. 155, 54 L. Ed. 280; Baltimore & Ohio R. R. Co. v. United States ex rel. Pitcairn Coal Co., 215 U. S. 481, 494, 30 S. Ct. 164, 54 L. Ed. 292.